# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case Number: 01-31213 |
| Debtor(s): Andrew E. Hall | : |
| | : Chapter Number: 13 |
| Movant: Bank of America Corporation | : |
| | : Document No. |
| | : |
| Respondent: No Respondent(s) | : Hearing Date and Time: |

## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW Bank of America Corporation, by and through its Attorney, Jardanian Josephs, Attorney at Law ("Movant") hereby petitions the Court for $2,996.18, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Countrywide Home Loans, Inc., creditor. A dividend check in the amount totaling $2,996.18 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Countrywide Home Loans, Inc. at 7105 Corporate Dr., Plano, TX 75024. It is presumed a change in mailing address may have prevented delivery or receipt of the check. Countrywide Home Loans, Inc. is a subsidiary of Bank of America Corporation, as evidenced by exhibit A.

The claimant's current mailing address, phone and social security/tax identification number are:

Bank of America Corporation
Karen Hartford Polk  AVP; Recovery Solutions
401 North Tryon Street NC1-021-03-40
Charlotte, NC 28255
Phone: 980.387.5985
SSN/TIN: xx-xxx7665

Furthermore, Movant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

Dilks & Knopik, LLC has been appointed by Bank of America Corporation, claimant, as its Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting through its Attorney, Jardanian Josephs, Attorney at Law, to recover these funds on behalf of Bank of America Corporation.

Movant now seeks to recover the funds from the Court's Registry. Wherefore, Movant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$2,996.18** made payable to **Bank of America Corporation** c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 be issued from the Court's Registry.


Dated: March 24, 2010   Respectfully Submitted: /s/ Jardanian Josephs
                      Jardanian Josephs, Esquire
                      Pa. I.D. 88667
                      PO Box 22144
                      Pittsburgh, PA 15222-0144
                      Ph: (412) 979-0552
                      Fax: (412) 281-6009

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case Number: 01-31213 |
| Debtor(s): Andrew E. Hall | : | |
| | : | Chapter Number: 13 |
| Movant: Bank of America Corporation | : | |
| | : | Document No. |
| | : | |
| Respondent: No Respondent(s) | : | Hearing Date and Time: |

## CERTIFICATE OF SERVICE OF
## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

I, Jardanian Josephs, Attorney at Law, the undersigned, do declare that on <u>March 24, 2010</u>, I served the within Motion for the Recovery of Unclaimed Funds to the US Attorney listed below.

I further declare that I served a true and correct copy, with notice, of the within document to the following individual(s) as follows:

>U.S. Attorney
>Western District of Pennsylvania
>US Post Office & Courthouse
>700 Grant St., Ste 400
>Pittsburgh, PA 15219

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: <u>March 24, 2010</u>     Respectfully Submitted:   <u>/s/ Jardanian Josephs</u>
                                                           Jardanian Josephs, Esquire
                                                           Pa. I.D. 88667
                                                           PO Box 22144
                                                           Pittsburgh, PA 15222-0144
                                                           Ph: (412) 979-0552
                                                           Fax: (412) 281-6009