Form 001

UNITED STATES BANKRUPTCY COURT  23 – 22
WESTERN DISTRICT OF PENNSYLVANIA  ctak

In re:                                         Bankruptcy Case No.: 01–31213–JKF
                                             Related to Docket No. 22
                                             Chapter: 13
                                             Hearing Date: 5/26/10 at 01:30 PM

**Andrew E. Hall Jr.**
    Debtor(s)

### Order Scheduling Dates For
### Response And Hearing On Motion

**AND NOW,** this 22nd day of April, 2010, **a Motion for Recovery of Unclaimed Funds, filed on behalf of Bank of America Corporation,** having been filed in the above captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Fed.R.Bankr.P.7004, counsel for the moving party shall **serve forthwith** a copy of this Order and the Motion upon all parties from whom relief is sought and their counsel and on all equity security holders in Chapter 11 bankruptcy cases, if any, and file a Certificate of Service. **Failure to properly serve the Motion or file the Certificate may result in dismissal of the above−captioned motion.**

2. **Any Response** including a consent to the Motion **shall be filed with the Clerk's Office at**

                      **U.S. Bankruptcy Court**
                      **5414 U.S. Steel Tower**
                      **600 Grant Street**
                      **Pittsburgh, PA 15219**

   **by 5/13/10** and served on the Moving Party and its counsel.

3. This Motion is scheduled for a nonevidentiary hearing on **5/26/10** at **01:30 PM** in **Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

4. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Judith K. Fitzgerald.** *NOTE: ORDERS IN CHAPTER 13 SELF−SCHEDULED (a) MATTERS DEFAULTED PURSUANT TO LOCAL RULE 9013.4 WILL NOT BE POSTED ON THE WEB SITE. THE WEB SITE WILL LIST CHAPTER 13 SELF−SCHEDULED (b) AND (c) MATTERS ONLY.*

   If a default order has not been signed, the parties or their counsel are **required** to appear in Court at the hearing on the above date and time. **No witnesses will be heard.**

5. A maximum of 15 minutes has been allotted to hear this matter. Should the matter require more than 15 minutes, the parties are required to so notify the Courtroom Deputy **immediately**. The Court **may** authorize parties or counsel to participate in the above hearing by telephone provided arrangements are made with the courtroom deputy by telephone at (412) 644−4060 ext. 134 or 155 at least three (3) days prior to the hearing.

6. A hearing will occur only if objections are filed.

                                                                            */s/ Judith K. Fitzgerald*

                                                                            Judith K. Fitzgerald
                                                                            Judge

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: ctak              Page 1 of 1              Date Rcvd: Apr 22, 2010
Case: 01-31213                Form ID: 001            Total Noticed: 1

The following entities were noticed by first class mail on Apr 24, 2010.
 12626439       Albert Schollgert - Chief,   of Civil Division,   700 Grant Street - Suite 400,
                 Pittsburgh PA   15219-1906
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2010**                          **Signature:**     *Joseph Speetjens*