| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 23-22 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | ctak |

In re:  Bankruptcy Case No.: 01-31213−JKF
Related to Docket No. 22
Chapter: 13
Claim No.:
Hearing Date: 5/26/2010 at 01:30 PM

**Andrew E. Hall Jr.**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the  30th  day of  April ,  2010 I served a copy of the within **Order together with the Motion/Amendment/Objection to Claim** filed in this proceeding, by (describe the mode of service):

Electronic Notification when applicable, or in the alternative via First Class Mail.

on the respondent(s) and on the following creditors, parties in interest, and equity security holders at:

Please see attached list.

Executed on: April 30, 2010      By:  /s/ Jardanian Josephs
      (Date)                          Signature

                                                       Jardanian Josephs
                                                       Typed Name

                                                       PO Box 22144
                                                       Pittsburgh, PA 15222
                                                       Address

                                                       412-979-0552
                                                       Phone No.

                                                       88667 - PA
                                                       List Bar I.D. and State of Admission