**01-31213-JKF** Andrew E. Hall
Case type: bk  Chapter: 13  Asset: Yes  Vol: v  Judge: Judith K. Fitzgerald
Date filed: 11/02/2001  Date terminated: 04/08/2002

# Parties

| | | |
|---|---|---|
| **Andrew E. Hall, Jr.**<br>411 5th Avenue<br>New Kensington, PA 15068<br>SSN / ITIN: xxx-xx-9207<br>*Added: 11/02/2001*<br>*(Debtor)* | represented by | **Jeffrey J. Sikirica**<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044<br>724-625-2566<br>724-625-4611 (fax)<br>SikiricaLaw@consolidated.net<br>*Assigned: 11/02/01*<br>*LEAD ATTORNEY* |
| **United States of America, Internal Revenue Service**<br>*Added: 01/18/2002*<br>*(Creditor)* | represented by | **Edward J. Laubach, Jr.**<br>IRS-Chief Counsel<br>1000 Liberty Avenue<br>Room 806<br>Pittsburgh, PA 15222<br>412-395-4930<br>412-395-4987 (fax)<br>edward.j.laubach@irscounsel.treas.gov<br>*Assigned: 01/18/02*<br>*LEAD ATTORNEY* |

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
cmecf@chapter13trusteewdpa.com
*Added: 11/02/2001*
*(Trustee)*

**U.S. Attorney**
Western District of Pennsylvania
US Post Office & Courthouse
700 Grant St., Ste. 400
Pittsburgh, PA 15219